IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT,<br>1030 15th Street NW, B255<br>Washington, DC 20005<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br>2201 C Street NW<br>Washington, DC 20520<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 18-1321<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

1) Plaintiff American Oversight brings this action against the U.S. Department of State under the Freedom of Information Act, 5 U.S.C. § 552 (FOIA), and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, seeking declaratory and injunctive relief to compel compliance with the requirements of FOIA.

## JURISDICTION AND VENUE

2) This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331, 2201, and 2202.

3) Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

4) Because Defendant has failed to comply with the applicable time-limit provisions of FOIA, American Oversight is deemed to have exhausted its administrative remedies pursuant to 5 U.S.C. § 552(a)(6)(C)(i) and is now entitled to judicial action enjoining the agency from

1

continuing to withhold agency records and ordering the production of agency records improperly withheld.

## PARTIES

5) Plaintiff American Oversight is a nonpartisan, non-profit section 501(c)(3) organization committed to the promotion of transparency in government, the education of the public about government activities, and ensuring the accountability of government officials. Through research and FOIA requests, American Oversight uses the information it gathers, and its analysis of it, to educate the public about the activities and operations of the federal government through reports, published analyses, press releases, and other media. The organization is incorporated under the laws of the District of Columbia.

6) Defendant U.S. Department of State (State) is a department of the executive branch of the U.S. government headquartered in Washington, DC, and an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1). State has possession, custody, and control of the records that American Oversight seeks.

## STATEMENT OF FACTS

7) On July 4, 2017, the Democratic People's Republic of Korea ("North Korea") test launched an intercontinental ballistic missile.

8) On July 28, 2017, American Oversight submitted a FOIA request to State seeking access to the following records:

> All email communications (including attachments) sent or received on OpenNet or other non-classified email systems (such as personal email accounts or non-classified cloud-based government email systems) regarding the Democratic People's Republic of Korea ("North Korea") sent or received by the Office of the Secretary, the United States Mission to the United Nations, the Office of the Deputy Secretary, the Office of Policy Planning (S/P), the Executive Secretariat, and the Spokesperson's Office.

2

> Please provide all responsive records from June 25, 2017, through July 10, 2017.

9) By letter dated August 8, 2017, State informed American Oversight that it had assigned the FOIA request tracking number F-2017-14066.

10) American Oversight has received no further communication from State regarding its FOIA request.

*Exhaustion of Administrative Remedies*

11) As of the date of this Complaint, State has failed to (a) notify American Oversight of any determination regarding American Oversight's FOIA request, including the full scope of any responsive records the agency intends to produce or withhold and the reasons for any withholdings; or (b) produce all of the requested records or demonstrate that the requested records are lawfully exempt from production.

12) Through State's failure to make determinations as to American Oversight's FOIA request within the time period required by law, American Oversight has constructively exhausted its administrative remedies and seeks immediate judicial review.

**COUNT I**
**Violation of FOIA, 5 U.S.C. § 552**
**Failure to Conduct Adequate Search for Records**

13) American Oversight repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

14) American Oversight properly requested records within the possession, custody, and control of State.

15) State is an agency subject to FOIA and must therefore make reasonable efforts to search for requested records.

16) State has failed to promptly review agency records for the purpose of locating those records which are responsive to American Oversight's FOIA request.

17) State's failure to conduct an adequate search for responsive records violates FOIA.

18) Plaintiff American Oversight is therefore entitled to injunctive and declaratory relief requiring State to promptly make reasonable efforts to search for records responsive to American Oversight's FOIA request.

## COUNT II
### Violation of FOIA, 5 U.S.C. § 552
### Wrongful Withholding of Non-Exempt Records

19) American Oversight repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

20) American Oversight properly requested records within the possession, custody, and control of State.

21) State is an agency subject to FOIA and must therefore release in response to a FOIA request any non-exempt records and provide a lawful reason for withholding any materials.

22) State is wrongfully withholding non-exempt agency records requested by American Oversight by failing to produce records responsive to its FOIA request.

23) State is wrongfully withholding non-exempt agency records requested by American Oversight by failing to segregate exempt information in otherwise non-exempt records responsive to American Oversight's FOIA request.

24) State's failure to provide all non-exempt responsive records violates FOIA.

25) Plaintiff American Oversight is therefore entitled to injunctive and declaratory relief requiring State to promptly produce all non-exempt records responsive to its FOIA request and provide indexes justifying the withholding of any responsive records withheld under claim of exemption.

**REQUESTED RELIEF**

WHEREFORE, American Oversight respectfully requests the Court to:

(1) Order Defendant to conduct a search reasonably calculated to uncover all records responsive to American Oversight's FOIA request;

(2) Order Defendant to produce, by such a date as the Court deems appropriate, any and all non-exempt records responsive to American Oversight's FOIA request and indexes justifying the withholding of any responsive records withheld under claim of exemption;

(3) Enjoin Defendant from continuing to withhold any and all non-exempt records responsive to American Oversight's FOIA request;

(4) Award American Oversight attorneys' fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E); and

(5) Grant American Oversight such other relief as the Court deems just and proper.

Dated: June 4, 2018

Respectfully submitted,

*/s/ Sara Kaiser Creighton*
Sara Kaiser Creighton
D.C. Bar No. 1002367

*/s/ John E. Bies*
John E. Bies
D.C. Bar No. 483730

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5245
sara.creighton@americanoversight.org
john.bies@americanoversight.org
*Counsel for Plaintiff*